R. W. Hodgson v. Charles B. Hardy.
No. 61.

CASE, *Followed.* The same facts existing in this case as in *Hodgson v. McKinstrey*, ante, p. 412, the decision in that case is decisive of this.

MEMORANDUM.—Error from Kingman district court; S. W. LESLIE, judge. Action by Charles B. Hardy against R. W. Hodgson to recover on an appeal bond. Judgment for plaintiff. Defendant brings the case to this court. Reversed. The opinion herein was filed December 7, 1895.

*S. S. Ashbaugh,* for plaintiff in error.

*Per Curiam:* This was an action instituted in the district court of Kingman county, Kansas, by Charles B. Hardy against R. W. Hodgson to recover on an appeal bond. The same facts exist in this case as in the case of *R. W. Hodgson* against *Robert E. McKinstrey*, just decided by this court, and the decision in that case is decisive of this.

For the reasons set forth in the opinion in that case, the judgment of the district court is reversed, and the case remanded to the district court, with directions that that court set aside the judgment and grant a new trial, and overrule the demurrer of the plaintiff below to the answer of the defendant.

All the Judges concurring.